NOT FOR PUBLICATION                                             (Doc. No. 144.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

——————————————————————          :
                                                :
JANINE CONSTANTINO                              :
                                                :
                          Plaintiff,            :        Civil No. 13-6667
                                                :
                    v.                          :        **ORDER**
                                                :
CITY OF ATLANTIC CITY, et. al.                  :
                                                :
                                                :
                          Defendants.           :
——————————————————————          :

**KUGLER**, United States District Judge:

   **THIS MATTER** having come before the Court upon the appeal (Doc. No. 144) by

Defendants City of Atlantic City and Police Officer Sterling Wheaten (collectively

"Defendants") of Magistrate Judge Schneider's April 10, 2015 Order (Doc. No. 142) and

accompanying opinion (Doc. No. 141); and the Court having considered the moving papers and

the responses thereto; and the Court having considered the parties' arguments at the hearing on

this date; and for the reasons expressed at that hearing;

   **IT IS HEREBY ORDERED** that Defendants' appeal of Magistrate Judge Schneider's

April 10, 2015 Order is **DENIED** and Judge Schneider's Order and Opinion are **AFFIRMED**.


Dated: 11/12/2015                                      s/Robert B. Kugler
                                                       ROBERT B. KUGLER
                                                       United States District Judge